First case in our call this morning is agenda number 13 case number 108487 in the Estate of Mary Ann Wilson, etc. Arnetta Williams, etc. Appellant versus Karen V. Bailey Appellee. You may proceed counsel. Thank you. May it please the court. I'm here today to ask that the. Could you tell us your name please counsel. My name is Cheryl fewer and I represent Arnetta Williams, who is the plenary guardian for the Estate of Mary Ann Wilson. I'm here today to ask the court to reverse the appellate court opinion in this matter and to reinstate its entirety. The trial courts rulings. This case involves a woman who is now in her 90s, Mary Ann Wilson and Karen Bailey. Who, while acting as Mary Ann's power of attorney, exploited $300,000 from her, which for all intents and purposes, was constituted close to the totality of her liquid assets. This was done at a time when Mary Ann suffered from dementia, among other disabilities. Pending before this court are issues involving the interpretation of 735 ILCS 5 slash 2 dash. The substitution of judge for cause provision, which is consistent with the criminal substitution of cause statute to a large degree. The other primary issue in this case. Does that mean when there's a request for a hearing for cause that they must be, it must be transferred to another judge for hearing? No. And neither the criminal statute nor the cases that I've referenced in my brief require an automatic transfer. And in fact, an automatic transfer. Not an automatic transfer, I'm sorry. A hearing. A hearing. Not necessarily a successful hearing, but a hearing. Hearing before another judge? Yes. Only if the terms and provisions of section 8-2 have been met. And the threshold established by the case law has been satisfied. And the petition is timely. That includes whether or not there's been an affidavit filed? Yes. One more question. Why couldn't that issue be brought up before the next judge, the assigned judge? It was originally brought up before the trial judge, and you're talking about why wasn't it transferred? Yes. I mean, if it had been, you say that he has, that there is requirements that are, pleading requirements that are required by the statute and not. Yes, and they weren't satisfied, and therefore it wasn't transferred. I guess my question is simply this. Why couldn't that motion, why couldn't the case be assigned for another judge for hearing and that brought up before that? Because, excuse me. Go ahead. I think you understand what I'm saying. Because it opens the floodgates. It says any time anyone files anything, no matter how deficient under the statutes enacted by the legislature, that you can stop whatever proceedings there are so that it can be transferred to a separate judge, which may be able to handle it in a day or a week or a month. It adds to, it takes away from the statute that the legislature enacted a certain sense of good faith. Because what you're doing is removing any inhibitions, for all intents and purposes, for any attorney at any time to file a petition for cause and stop whatever proceedings are then pending before the trial court. You know, Section 101A.3 does not allow for, it seems to me, it does not allow for a threshold or a trigger standing. It simply says that at the next session that a hearing, the next section states that a hearing to determine whether cause exists shall be conducted as soon as possible by another judge. It does not say anything about thresholds showing the minimal standards. Well, it does include requirements. And there are many other instances in which trial judges are authorized to review a pleading just for the facial appropriateness under the statute. Even though the statute is very clear in its language. I think that the case law, which goes back many, many years, and I'm not just talking about the threshold cases. I'm talking about the criminal and the civil cases, which, for example, require timeliness. That's not included in the statute. But I don't think there are any cases that would find that a motion for substitution of judge for cause, which was brought four months, as this one is, after the alleged prejudice occurred, to constitute an adequate pleading. I think in answering Justice Fitzgerald's question, you mentioned something about judicial resources will be wasted because anyone can come in. I think it opens the floodgates. I think it gives every litigator. What's done in the federal courts? I'm not sure. Well, it contrasts with the federal practice. There the motion is initially screened by the challenge judge who sends it to another only if the motion contains sufficient allegations. However, the federal courts provide for immediate review of those proceedings so that the denial is addressed before the case is finally adjudicated or goes to verdict and so forth. I think the federal court's procedure then would be consistent with the position that my client has taken in the briefs before the court. And that if the judge in federal courts can review for that facial adequacy. And I don't think anyone in any of the cases that have been cited is suggesting that it's a high standard. But absent some indicia of good faith, some standard, it really does just open the floodgates. And it changes or allows an entirely new strategic tactical method for. In the criminal court, when a motion is made for cause, doesn't it go to another judge routinely? Not necessarily. In fact, I think the concept, the word threshold derives from the cases that have been decided under the criminal statute. Including timeliness, adequacy on some degree of appropriate allegations. I mean, if the allegation is, you are prejudiced against me because I have brown hair, I'm not sure that that's the case. I'm not sure that the judge is prejudiced against me because I have brown hair. I'm glad you brought that up. In this case, wasn't there a representation made that the petitioner was ill treated by the judge? Yes. Before the motion for cause was made? The allegation was that the judge acted as an advocate. Yes. And the problem with the appellate... If that had been reduced to an affidavit, would it have been sufficient to get a hearing? I don't know. I don't think so, because I think there still wasn't an affidavit and there weren't specific allegations and it was untimely. I know of no cases and have read no cases, either civil or criminal, which has found that a petition of this nature can be filed four months after the alleged prejudice. They all say that they must be filed at the first available moment. But in terms of your question about the allegations that the judge was acting as an advocate, the issue is, you are creating a situation where in numerous guardianship cases, because this comes out of a guardianship context, in which judges are faced with crisis situations, and quite regularly, and according to their common law and statutory obligations, do ask for probing questions. They need to. Their primary responsibility is to the safety, welfare of the disabled person or alleged disabled person. And in this context, if you read the appellate court case and take it out of the guardianship context, it creates the possibility for a problem and conflicts between the obligations of a guardianship judge who is investigating a factual matter and this statute. It ignores the other obligations of a guardianship judge. The factual allegations of this case are extreme. And sometimes extreme facts make bad law. But the reality is that Mary Ann Wilson and her elderly companion, Clifford Service, were removed from her home by the Department of Aging, by a nurse who was employed by the Department of Aging, and removed and taken immediately to the hospital where they were both spent the next several weeks. There were four cases, I think, that were highlighted in the appellate court's decision and relied upon here. It appears to me that those cases, reliance upon those cases, problematic. Any of those cases interpret the specific language of the statute that I read a moment ago? There was in Obron, in City of Quincy, the, which is a fourth district case, 363 Illab 3rd, 654. The court disallowed the petition for two reasons. The first one being timeliness. Is that a criminal case? No. This is a civil case. It was City of Quincy v. Weinberg. And it also talked about the statute and referenced the language that in order to be entitled to a hearing before another judge on whether a substitution for cause is warranted, the motion must allege grounds that, if taken as true, would justify granting a substitution for cause. So they are referencing Section 3.2. For the most part, the cases don't specifically discuss 3.2, and I think that's one of the things that's created the confusion and has led to this case being before this court now, is that there is no or very little interpretation of the level of specificness that's required in these pleadings. But clearly, the legislature intended there to be a level of adequacy of the pleadings, since the statute specifically intends that the motion must allege grounds that, if taken as true, would justify granting a substitution for cause. And that's what Quincy says. The other case, and Quincy also found that the filing was untimely. In Jiffy Lube, which is a case in which counsel, which has been raised by myself and other lawyers, which is a case in which I and my opponent and the appellate court discussed... Sotomayor in the dissent? No, no, in the majority opinion. Yes, in the majority opinion. It's distinguishable because it specifically dealt with a situation where a substitute judge or a second judge, after first judge withdrew from the case, I think he went to the appellate court, found that a petition filed, which alleged that the second judge had a complaint filed against him with the Judicial Inquiry Board by the attorney representing the petitioner, was adequate because it fled cause and it fled cause from an external matter. In terms of Alcanter, the court found that, again, a motion must allege grounds that, if taken as true, would justify granting a substitution for cause. And they were citing to a criminal case as well as Litany v. United States, 510 U.S. 540, which I've mentioned several times in my briefs, requiring a finding that there is sufficient facial adequacy to the petition before it's required that a trial be held. And that the trial judge transfer it to another judge for a A33 hearing. Ms. Feer, in this case, the appellate court, when it said the matter should have been transferred to another judge for consideration, also said, all orders entered by the same judge after the improper denial of the motion to issue are hereby void and do we need to deal with that in either of two instances? One, if we should reverse the appellate court, or two, if we should affirm the appellate court, remand it to the trial court for a hearing, and if the judge hearing the motion for substitution determines there was no cause, what's the effect of this order of the appellate court vacating all orders, and do we need to deal with that? I haven't seen any cases that have addressed that specific issue. It would seem to me that if the appellate court is affirmed, and this matter goes back to the trial court for, to then assign for a separate hearing, that... And if no bias or no cause is found at that level? I think if there's no cause, yes, if there's no cause found, then it's really no harm, no foul. And why, in the matter of judicial time, should a judge have to go through everything that's already taken place? So do you think we should deal with it and reinstate those orders? Absolutely. Do we have authority to do that if we don't know what the trial judge might do on the motion for substitution? Well, if the judge finds that the substitution was justified after it's been sent back, if it were sent back to the trial court, if another judge found that, then another judge is going to have to be involved in the process. If the judge is found, Judge Connors was found not to have been biased, then, and I think there are plenty of indications that she wasn't, because I spent another two years, as did counsel, dealing with the questions that were presented in this case. And we all went through a full trial that lasted many days. And there's also been a criminal proceeding in which the exploiter, Ms. Bailey. What about the fact that the judge may have been predisposed by virtue of the examination without any notice of Mrs. Bailey? Well, she was there. I've always thought this was a peculiar issue. What happened, it's in the record, is that Ms. Bailey's attorney filed a motion for an emergency scheduled for the next day. Now, I wasn't at that specific, but I've read all the transcripts. And... ...and I think that's the issue. I mean, I don't think the judge was predisposed to continue with those feelings at a scheduled hearing to go over the issues involved. Do you arrive at them through procedures that are perhaps improper, should not have been conducted? I don't think it was an improper purpose. And I think that's the second part of the question. I think the primary issue in this case is that if it was an improper purpose, then created a situation where guardianship judges are going to be hamstrung, are they going to be conflicted as to their statutory and common law obligations, which are extremely serious. And situations... Could another date have simply been set? Mrs. Bailey's attorney did object to the judge going into these questions at that hearing. Yes. Could another date just have been set and the same thing has gone over, but given the parties a chance to respond? The petition, the motion filed by Mrs. Bailey's attorney was a motion, and it's the same motion that was filed three more times and taken up to the appellate court in the first case, was the position taken that everything should be put back to the status quo immediately, that Mrs. Bailey should be able to be in charge of health decisions and financial decisions for the ward who had been removed from the house, and after there had been a showing that a significant bank account had been depleted by Mrs. Bailey. Counsel, I'm sorry, but your time has been up for some time. Thank you. If you ever want to make a finishing statement, feel free to do so, but you're pretty much close to being done. This is one of those factual cases that creates a conflict and requires an interpretation of how, in particular, a guardianship judge in a difficult situation where there are serious allegations of abuse, can pursue their obligation to, on an emergency basis, determine what should be the initial well-being of an alleged or disabled person, and the extent to which that same court can review the allegations of abuse and be able to do a section 101.3.2 petition prior to making a determination, prior to sending it to another judge, and whether there are any limitations on the legislative language. Thank you. And I'm asking that the appellate court decision be reversed and the trial court's decision be affirmed. Counsel, you may proceed. Good morning. May it please the court. My name is George Klumpner, and it's my privilege to represent Karen Bailey in this matter. Mr. Klumpner? Yes. There seems to be an elephant in the room here with the factual basis. There was no affidavit filed in this case, right, with respect to this petition? It's not my petition, Your Honor. The petition was filed by my predecessor attorney, Everett A. Braden, who himself had been a judge for 30 years in the circuit court of Cook County, and for two years he had been a judge in the circuit court of Cook County. I'm not sure if that's correct. My understanding is that when that was brought to his attention, that there were curative steps taken by him to correct that. The particular basis, there were two bases for bias alleged by him in the petition, which I feel was very well taken. One did not need an affidavit. Well, let's keep focused here. What were the curative steps? And let me, before you answer that, the statute says the petition shall be verified by the affidavit of the applicant. Shall be verified by the affidavit of the applicant. So my question is, are we even dealing with a petition here? Even before we get into whether the substance of that petition may or may not have fit within the statute, and whether or not the trial judge could rule without sending it to another judge, do we even have a petition here? Yes, we have a petition here. And is there any import to the language shall be verified by affidavit? The two bases, as I was saying, the two bases in the petition were both matters of record. One basis, which I thought was especially serious, in which the appellate court agreed in Justice McBride's opinion, was that the trial judge had denied motions without even requiring response to pleadings or hearing. My client's predecessor attorney, Mr. Braden, showed up in court on June 8th, essentially with three motions to vacate prior ex-party orders. And that was his first court appearance with his client, who was then rigorously, essentially cross-examined by the trial judge. The two bases in his petition were, number one, that the motions that he came to court to present, when he came to court to present, on June 8th, 2000... That was me. I'm sorry. In this case, there were, uncovered by the trial judge, very questionable actions on the part of your client. I don't believe that's correct. It was a finding that they were questionable. Let me ask you this. Is there a factual issue in this case? My predecessor attorney requested a factual hearing. That's the problem. The prejudice here was a prejudging. There were scandalous statements made in the report of the guardian ad litem, Sandra Thiel, none of which were ever substantiated at hearing. It substantially poisoned the well for want of a better metaphor. Was there a factual finding that, in fact, there had been a depletion of the estate of Ms. Wilson? At what point? At the point she was living with the elderly woman and... The chronology is that the petition for substitution of judge for cause was filed October 16th, 2006. At that point, no factual hearings had been held. In fact, Mr. Braden, when he appeared in court on his very first court appearance on June 8th, 2006, and the transcript is very clear here, and it's referred to in my brief, I would invite the court to look at it, more or less was requesting a hearing so the facts could be developed. He was coming in on motions to vacate prior ex parte orders, which were summarily denied by the court on that date without requiring either responsive pleadings or setting it down for a hearing. And the court rigorously examined him and frequently interrupted him whenever he attempted to speak on behalf of his client. And this went on extensively... I don't think you answered my question. I want to give you an opportunity to answer the question, because I think it's important. When I asked you whether an affidavit was filed, we got to the point where you said, no, none was filed, but curative action was taken. So far, I believe your answer to that question is that the curative action is that it was in the record. Is that the answer to the question, that there wasn't an affidavit filed, but it was in the record? My recollection of the record is that Mr. Braden did file a verification subsequently. That's my recollection of the record. Was that after the trial judge had denied the petition as being insufficient? No, it was not. It was prior to that time. The chronology, Your Honor, is that the petition was filed October 16, 2006, and was not ruled upon by the trial court until sometime in November. In that interim period, Mr. Braden, when attaching an affidavit was brought to his attention, I believe took several different curative steps, including attaching a copy of the transcript and other matters. So, yes, his petition was clearly sufficient, in my opinion, by the time it was denied by the court sometime in November. Let me ask you this question, just to understand your argument. In this case, I guess there's probably point-counterpoint as to whether the affidavit was sufficient or the curative steps was sufficient. Is it your position that in a case where an affidavit is not filed, no curative steps taken, is it your position that that petition, once it's filed, even though some of the steps, in this case the affidavit not being filed, in my hypothetical, with respect to the statute are not covered, is it your position that in each and every one of those cases there's a requirement of the trial judge, upon filing a petition, deficient or not, to send it to another judge? Yes, Your Honor, that's not only my position, but that's the position of the appellate court. But there have been, and you would agree, a number of appellate courts that have found opposite to that and have been, if the statute is not met and the requirements of the statute not met, allowing the trial judge at issue to rule on the motion for cause, right? I assume that's why the court took the petition for leave to appeal under 315, because there does exist some conflict between those positions. Opposing counsel put it this way. She said open the floodgates. Let me tailor that a little bit. If a deficient petition per statute could be filed, I mean, couldn't shenanigans go along with that? Someone who perhaps wants a continuance in the case and knows they're not going to get a continuance, needs another day, some more time, whatever the situation, files a petition for cause, not compliant with statute, not timely, no affidavit filed, and now that judge has to go and find another judge to hear it. It takes some time and it comes back. Isn't that subject to some sort of shenanigans or opening of floodgates, as counsel would put it? I appreciate the question, Your Honor, and in fact, the appellate court during oral argument had a similar question. And my response to the appellate court during that argument was, I suppose that could happen, but this particular petition was filed by a retired judge of 30 years. So, and I didn't receive questions on that topic after that answer. I believe that there are, at the other extreme, there's the Alcantara case with Benjamin and Shapiro, where they're clearly twisting and turning and trying to get out of having to pay sanctions for what was clearly a frivolously filed complaint. Here, by contrast, my predecessor attorney, very familiar with the law, and I would take umbrage at any suggestion that he would have filed such a petition for any improper purpose. It's been my distinct privilege and pleasure to be a successor attorney to Mr. Braden, who was my referring attorney in this case. Let me ask you a further question. There's no question but that the challenge judge can strike a motion for failure to submit an affidavit. I agree with Justice McBride, that the matter has, that the statute requires that upon the filing of the petition, it must go to another judge, and those arguments must be made before that judge. If an affidavit is not filed, then I thought the statute required the filing of the affidavit. The statute does require the filing of an affidavit, but the statute does not contain any conditional language that says, and the General Assembly certainly could have added this, as Justice McBride points out in her decision, they could have said if the affidavit's not there, it shall not be referred to another judge. Either way, if the judge strikes, because there is no affidavit, or the affidavit is insufficient, the petitioner would have another opportunity to cure that defense. Yes, impartiality is a guiding light in our jurisprudence, and to suggest that a litigant has to continue on before a judge, that they've accused of being prejudiced for cause, I think strongly conflicts with the guiding principle of impartiality. My client was entitled, as every litigant is entitled, to a fair and impartial hearing, and courts are very diligent in terms of making sure that that impartiality exists. Counsel, the statute says, and you've referred to a hearing, but you seem to be indicating that at that proceeding, at that hearing, the second judge, the judge who's had it transferred to him or to her, can dismiss the petition without, if the petition is insufficient on its face. So you're not arguing, are you, that you are entitled to have a full-blown hearing on the case, regardless of the sufficiency of the petition? I'm not sure I understand your question. My question is, can this judge that gets this motion, the second judge, not the original judge, but the transfers made, can that judge look at the petition, say this is insufficient, and dismiss it? I suppose they could. I suppose they could grant leave to amend. I suppose they could permit him to sign an affidavit at that point. I suppose there are many actions that they could take, all guided by the principle that an impartial finder of fact is essential. Sure, I suppose they could throw it out on some technical basis. Well, you didn't dot the I and cross the T, therefore, go back, and you're going to be stuck with this judge, because you didn't follow all the nitpicky requirements that we're going to add. Those are not contained in the statute, by the way, Your Honor. Those requirements are not there. And as Justice McBride correctly pointed out, it says upon the filing of the petition, it gets referred to another judge. Justice Fitzgerald correctly noted that in criminal cases, that's universally done. If you allow the initial judge to make an initial screening, that can have as its perhaps unintended effect, that a biased judge gets to decide that he or she gets to keep the case, then you've defeated the whole remedy that's in the statute. And that's what occurred here. Judge Connors didn't want this to go to another judge and said, well, you don't have this. And then Mr. Braden came in and I believe did certain curative aspects. He said, well, you don't have this, you don't have this. So the end result was it never got to a second judge for hearing. Is it your position, counsel, that the requirement of an affidavit is a nitpicky requirement of the statute? No, it's not. It's contained in the statute and it's the law. Just like in a raplevin case, the complaint has to be verified. Although that's not determined by a judge, maybe the clerk's office looks at it. Maybe they don't. Maybe it's brought up the first time it comes in. It's an important requirement because the legislature says it's there. Now, who decides? But it's a requirement that you're about to say that the judge that is being accused of bias in the petition itself cannot look at it on its face and say no affidavit, so therefore it's out. I believe that's correct. That's what Justice McBride said. Justice McBride relied on cases that were the first cases. Isn't the affidavit there, the affidavit requirement there because allegations of bias should be supported with someone swearing to their veracity? And therefore, that's why I preface my question as making it even one step further than a requirement. Is it a petition at all? Is it a petition at all if there isn't an affidavit? It is a petition. It may be an insufficient petition, but it is a petition. It is a petition filed by a litigant's attorney experienced and knowledgeable in the law on this matter who believed the trial court was biased. Does it make a difference in this case whether the judge had the power to strike the petition because there was no affidavit? Does it really make a difference if the judge should at that point allow time or some curative action to be taken so that it can move then to the second step of appointing or sending it to a second judge? Does it make a difference? Your Honor, yes, I do see your point. Your Honor is asking me to determine what weight that affidavit had in the mind of the General Assembly. And all I can do is what I believe Justice McBride did, which is go on the basis of the statute. But I believe that the second judge is the correct judge to make that determination. Because if you don't have a procedure like that, and that's the procedure that the... My question to you is what difference does it make if the second judge, why should we make the second judge make that determination if that's what the statute requires? Why not move it forth at that point and allow for the affidavit to be filed? Because without it, the remedy can be frustrated. And if the remedy is frustrated, my client doesn't get an impartial fact finder. I believe the necessary affidavit was filed here. And not only that, but all the matters are matters of record. Is he going to write an affidavit that says, all of these things which are already matters of record occurred? All of those things did occur. Mr. Brayden went into court armed with motions to vacate prior ex parte orders, written motions, and the judges asked opposing counsel if they wanted to respond. They said, we don't need to. The judge's motion is denied. Mr. Klumper over here. Yes. Following up on Justice Freeman's suggestion that what difference does it make whether the first judge hears, whether facially the petition has actually an affidavit attached to it? I think subparagraph two might be met. And it really only makes sense that the language in subparagraph three states that when a petition is filed, a hearing to determine whether the cause exists.  So it would seem to me that that subparagraph would include the second judge, not the first. Once the petition is valid and can move forward, the second judge would hear whether or not the cause exists. Doesn't that sound logical? No. It didn't to Justice McBride and it doesn't to me. And it didn't to Justice McBride for all the reasons that she put in her opinion. And it also didn't to the dissenting justice in the case of Williams who didn't think that procedure made sense either. Doesn't make sense to me. Didn't make sense to Justice McBride. Didn't make sense to Justice Cahill. And it didn't make sense to the judge that wrote the dissent in the Cindy Williams case which was subsequent to ours. No, it doesn't make sense. Mr. Klumper, I appreciate your comment with respect to the prior attorney on this case and how you believe that he wouldn't do anything to prolong matters and that he was knowledgeable of the law. But you understand that any ruling coming out of this court would definitely encompass other cases outside of this particular attorney working on the case. I mean, you certainly understand that, right? There's no question about it. And as we look at this verified petition by the affidavit, I mean, the legislature could have easily said matters of record. They didn't say matters of record. An affidavit, I suppose, there could be counter affidavits or whatever, or the trial judge could take a look at what was in the affidavit that counsel, prior counsel, put in the affidavit as to what were matters of record and knew that they weren't of record if it was in the affidavit and made a decision. So I think going back to Justice Burke's question, I think we keep going round and round. You just think this, even this affidavit requirement, well, let me ask it this way. How are we supposed to interpret under statutory construction the, don't we look at the plain wording of the statute? Yes, that's what Justice McBride said to do. All right, and the plain wording is the petition shall be verified by the affidavit of the application. But your argument seems to say that the legislature intended by that meant or matters of record or matters that could be remediated after there was the filing without the affidavit. Is that anywhere in the statute? No, I think, Your Honor, misconstrues my argument most respectfully. All those matters can be dealt with by the second judge. Justice McBride's point and the point of Justice Cahill who agreed with her and the other dissenting justice, when they quote the language of the statute, they quote the phrase upon the filing of the petition. They don't start talking about the affidavit. They say upon the filing of the petition, it shall be referred to another judge. And that other judge can deal with innumerable matters and the legislature doesn't have to micromanage the judiciary, certainly, with regard to its prerogatives and how the judiciary is going to guarantee impartiality of a fact finder. The second judge will. Would you agree that if this court found that a petition without an affidavit is no petition at all, that the first judge could just strike that petition? Well, quite respectfully, Your Honor, again, I think the court is on extremely thin ice to go that route. The guiding principle here is impartiality. And if you have a judge that for whatever reason wants to decide a case a particular way, and you permit that judge to shortcut the opportunity for the litigant to have an impartial fact finder, the court can do that, this is your prerogative. But what I'm trying to say is I think that the overriding concern of impartiality, of an impartial fact finder, trumps some of these other requirements which can be dealt with in terms of getting the sufficiency. The important thing is to get to a hearing. The important thing is to find out, well, why do you think this judge is prejudiced? What gives you that idea? Let's have a little hearing here before the second judge so we can find out if that person should be disqualified or not. I noticed that Justice Friedman, when he asked the question as to whether or not there was some bias by the trial court against my client, yes, clearly that was alleged. And it's important to get to the meat of that. I've been trying to answer the court's questions, and I appreciate the opportunity for the additional time, Your Honor. We believe that Justice McBride's opinion and the dissenting opinion of the other judge were very, very well reasoned, that impartiality is a guiding principle here, and that that should be the touchstone that the court looks to in interpreting the statute, in addition to the plain meaning of the statute. We'd request the appellate court be affirmed. Thank you. Just briefly to clarify a few issues. The orders entered by the guardianship court prior to the time that Ms. Bailey appeared through counsel involved the appointment of a temporary guardian and the appointment of a GAL. They are both authorized under the probate code, based on notice as the guardianship court has requested. And the guardianship judge sees fit. So these were not ex parte improper orders. Excuse me, counsel. Was the affidavit subsequently filed before the judge's ruling? To the petition? There was, I believe, a verification on a response in the when counsel and I each wrote memorandums in support of and opposition to. The petition itself requires, according to Section 2, an affidavit. I didn't see an affidavit. I went through the record just to confirm whether there was some omission, and I didn't find anywhere in the common law, in the records. So it wasn't cured? The petition wasn't cured by having an affidavit filed? Pardon me? The petition, it wasn't cured by having an affidavit filed? No. Counsel, if we're going to resolve this factual issue, it has to be in the record somewhere. It's not in the record. The only verification in the record is in a reply or a response to that opposing counsel filed when the court asked for briefs on the question. There was a verification on a reply or response. I don't recall which, and that's in the record. I want to point out that there was also never a request to file an amended petition at any time, and there was absolutely no prohibition imposed by the court giving counsel the right to do that, either before or after the briefs had been written and the hearing had taken place. Furthermore, we talk about the record, but nowhere in that record is there a transcript of the actual hearing that took place when the judge was looking to get an explanation of the prejudice in sufficient detail to be able to make a determination that it was somehow an okay petition. This was just a deficient petition, and it was a deficient petition that was filed after the hearing. There were four months of rigorous motion work, substantial decisions, and interestingly enough, although there was never a prohibition, counsel's client never filed a cross-petition for guardianship. So the only petition there was the petition filed by my client. And it was all filed. It was filed the day before there were multiple issues to be decided before the court, and after the deposition of Ms. Bailey, which was provided in its totality as an exhibit to a citation to recover assets scheduled for issuance the next day, which also included, and it's in the caption, the, I know it included the daughter of Karen Bailey. I believe it also included the husband of Karen Bailey, and that those, that the courtesy copies of that motion and several others had been provided to the court a week or two prior to the time that counsel filed the motion for substitution. Counsel, you referred to the time delay in filing the petition. Is that something we should take into consideration? Is that something that the trial, the initial judge, the targeted judge should be allowed to rule on? Or is that a factual matter that should be heard by a second judge? Your argument as far as the affidavit is concerned is clearly that the petition is insufficient if there's no affidavit. What's your argument with regard to timeliness? That during the history of both the civil cases when it was a change of venue, now substitution of judge for cause, the criminal cases, they have all included a timeliness requirement. Is that a threshold requirement, or is that an issue for the judge to whom a proper petition? For example, if this petition had an affidavit attached, but it was filed four months after the alleged basis for cause, is that an issue that the current judge can hear and determine, or is that something that? I think the current judge can hear it, and I think there are a long series of cases, in criminal cases and civil cases, which have found that timeliness is an issue. Very important issue, and that it's an issue of good faith. And you also, I think, argue that the petition was insufficient in that it did not set forth specific facts. Again, is that a threshold issue, or is that something that the judge to whom the matter might be transferred should consider? I think it can be a threshold matter if the allegations are so insufficient. I think there's also a conflict, which has been raised in another case that's not been briefed here. I think it's O'Brien, in which there are cases that say to bring a petition for substitution of judge for cause, there must be allegations based on something external to the courtroom, which is why in one of those cases it was reversed, because the judge, the successor judge, had a petition before the Judicial Inquiry Board filed by the attorney representing the movement. And I think actually, and that case discusses in detail that there is some conflict, about whether it's required that prejudice can only be shown if you show an external reason for the prejudice, support for the prejudice, and I think there are cases that go both ways on that, that the primary current opinions have held that there must be an outside source, and I think that's another issue that I certainly, I didn't brief, because it wasn't an issue in this case, per se. But there is some conflict in that, in the cases. Also, and finally, in terms of a remedy, there's always the same remedy that petitioners have had in these kinds of cases, going back many, many years, which is an appeal. The judge in this case, Connors, did not dismiss the petition because of the failure to attach an affidavit. I thought she said that it did not meet the threshold showing of prejudice. It did, but you also don't have the transcript of the actual hearing in which all of those things were discussed, and at that point it wasn't my client's obligation to provide the transcript. Are there reasons why it should be sent to a second judge, that the transcript of what was done before Judge Connell would be available to the second judge? Well, in this instance, it would have been available to the appellate court. Thank you. I mean, there were discussion on any number of these issues, and briefs prepared by both counsel and attorney and myself talking about the deficiencies. So now that it has been available to the appellate court and the appellate court has ruled the way that it has. It wasn't available to the appellate court. There was no transcript of the actual hearing before Judge Connors after we had briefed the issues. It's not included in the record. And I don't, I never understood why it hadn't been. I just know that there are implications to that in terms of the case law and the original decisions of the trial court and the basis for her ruling. My time is up. I again request that this court overturn the decision of the appellate court and reinstate the orders, all orders entered by the trial court. Thank you very much. Thank you, counsel.